**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Paul L. WILLIAMS, a.k.a. Friday, a.k.a. Garfield, Defendant-Appellant.**

**No. 16-10339**

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 \*

Filed June 1, 2017

Shelley Kay-Glenn Clemens, Esquire, Assistant U.S. Attorney, USTU-Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Philip Kimble, Law Office of P Kimble, Tucson, AZ, for Defendant-Appellant

Before: THOMAS, Chief Judge and SILVERMAN and RAWLINSON, Circuit Judges.

MEMORANDUM \*\*

Paul L. Williams appeals from the district court's order denying his motion for a

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand.

Williams contends that the district court erred in concluding that he did not "qualify" for a sentence reduction under Amendment 782 to the Sentencing Guidelines. We agree that the court's statement that Williams did not "qualify" for a reduction is ambiguous as to whether the court believed that Williams was ineligible for a reduction or was not deserving of one. Furthermore, assuming the court concluded that Williams was not deserving of a reduction, the record contains no explanation for why it reached that conclusion. Accordingly, we vacate the district court's order.

The record reflects that Williams is statutorily eligible for a reduction because his Guidelines range was lowered to 78-97 months under Amendment 782. *See* 18 U.S.C. § 3582(c)(2); *United States v. Leniear*, 574 F.3d 668, 673 (9th Cir. 2009). Accordingly, on remand the district court shall determine whether it will exercise its discretion to lower Williams's sentence and explain its decision. *See United States v. Trujillo*, 713 F.3d 1003, 1010-11 (9th Cir. 2013).

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.